# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAURA LONG § <br> § <br> *Plaintiff* § <br> § <br> vs. § <br> § <br> HOSPITAL HOUSEKEEPING § <br> SYSTEMS, LLC, a foreign limited § <br> Liability company § <br> § <br> *Defendant.* § | Civil Action No. CIV-17-420-W |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA:**

**COMES NOW**, Defendant, Hospital Housekeeping Systems, LLC ("HHS"), and hereby petitions this Court pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446 for removal to the United States District Court for the Western District of Oklahoma, of the action styled and numbered: *Laura Long v. Hospital Housekeeping Systems, LLC, a foreign limited liability company*; Case No. CJ-2017-1785, in the District Court of Oklahoma County, State of Oklahoma (the "State Court Case"), and in support thereof would respectfully show this Court as follows:

### I. BACKGROUND AND NATURE OF THE CASE

1. Plaintiff filed this action on March 28, 2017, alleging violations of the Fair Labor Standards Act ("FLSA") and Oklahoma Common Law. The matter was filed in Oklahoma County, which is located within the Western District of Oklahoma.

2. Defendant HHS was served on March 29, 2017. A copy of Plaintiff's Petition is attached hereto as 1. The Summons is attached hereto as Exhibit 2.

3. This is a civil action over which this Court has original subject matter jurisdiction in accordance with the provisions of 28 U.S.C. §§ 1331. According to Plaintiff's Petition, her claims arise from the alleged violation of federal law and Oklahoma common law while she was employed by HHS. Specifically, she alleges violations of the Fair Labor Standards Act, 29 U.S.C. §§206, 2016(b). See Exhibit 1, Paragraphs 2, 10, 11, 13, 14, 15, 16 and 25-31. She also alleges a violation of Oklahoma Public Policy as a result of her termination.

4. Plaintiff also brings a state law claim that is part of the same case or controversy such that this Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. §§1367(a). See Exhibit 1, Paragraphs 33-36.

5. HHS first received Plaintiff's Original Petition on March 28, 2017. This Notice of Removal is filed within thirty (30) days of the date HHS first received the initial pleading and summons, and thus, is timely filed under 28 U.S.C. § 1446(b)(1).

6. As required by 28 U.S.C. §1446(d), written notice of this Notice of Removal is being filed this same day with the Clerk for the District Court of Oklahoma County, Oklahoma.

7. In accordance with LCvR 81.2, Fed.R.Civ.P 81 and 28 U.S.C. §1446(a) copies of all process and pleadings previously served upon Defendant, including a copy of the Oklahoma County docket sheet are attached hereto as Exhibits 1-6.

8. There are no motions pending in the Oklahoma County District Court matter, nor are any hearings currently set.

## V. CONCLUSION

All conditions and procedures for removal have been satisfied. In conjunction with this Notice of Removal, Defendant is providing the Clerk with: (1) a completed Civil Cover Sheet; (2) copies of all documents filed in the state court, along with a copy of the state court's docket sheet; and (3) a Certificate of Interested Persons, which includes a list of all counsel of record.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Hospital Housekeeping Systems, LLC, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, files its *Notice of Removal* in accordance with the Court's guidelines, thereby removing this action for trial from the District Court of Oklahoma County, State of Oklahoma, to this Court. Plaintiff is hereby notified to proceed no further in the State Court Case unless by Order of the United States District Court for the Western District of Oklahoma.

Respectfully submitted,

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: */s/ Gregg J. Lytle*
    **GREGG J. LYTLE**
    Oklahoma Bar No. 20759
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75201
(214) 754-8755 (Telephone)
(214) 754-8744 (Facsimile)
gregg.lytle@qpwblaw.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

It is hereby certified that on the 11th day of April, 2016, a true and correct copy of the above and foregoing document has been served via certified mail return receipt requested and via e-mail upon the following counsel of record:

D. Colby Addison
Chris Hammons
Laird Hammons Laird, PLLC
1332 SW 89th Street
Oklahoma City, OK  73159
colby@lhllaw.com
Chris@lhllaw.com

                */s/ Gregg J. Lytle*
                **GREGG J. LYTLE**